# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JACOB MEEKS,                 )
                                 )
         Petitioner,         )
                                 )
     v.                    )         No. 4:11-CV-1861 CAS
                                 )
JENNIFER SACHSE,       )
                                 )
         Respondent.     )

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition and amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because "it plainly appears from the petition . . . that the petitioner is not entitled to relief," the Court will dismiss the petitions. Rule 4 of the Rules Governing § 2254 Cases.

Before federal habeas relief can be granted, a person in state custody is required to exhaust available state remedies. 28 U.S.C. § 2254(b)(1). In this case, petitioner states that he filed a petition for writ of habeas corpus in state court but that the state court has not yet ruled the petition.[1] As a result, petitioner's available state remedies are not exhausted, and the petitions shall be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition and amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 are **DISMISSED** without prejudice. [Docs. 1, 5]

---

[1]A review of Missouri Case Net shows that petitioner currently has a petition for writ of habeas corpus pending in Missouri Circuit Court, Clay County. See Meeks v. State of Missouri, Case No. 11CY-CV-08768, found at https://www.courts.mo.gov/casenet.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to proceed in forma pauperis is **GRANTED**. [Doc. 6]

**IT IS FURTHER ORDERED** that petitioner's motion to supplement his habeas petition is **DENIED as moot**. [Doc. 9]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  5th  day of December, 2011.